JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY LEE CARROLL, | ) | NO. CV 10-08511-MMM(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. WALKER, Chief, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 31, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE